UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DRAVEN MORALLI, #974234,

    Plaintiff,

  v.                                  CASE NO. 21-CV-12900
                                      HON. GEORGE CARAM STEEH

C/O STOYK,

    Defendant.
_____/

## OPINION AND ORDER OF DISMISSAL

Michigan prisoner Draven Moralli ("plaintiff") filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 concerning an alleged assault by a corrections officer. The plaintiff did not pay the filing fee and administrative fee for this action, nor did he submit an application to proceed without prepaying fees or costs, when he filed his complaint.

The Court issued a deficiency order on December 14, 2021 requiring the plaintiff to either pay the required fees or to submit an application to proceed without prepaying fees or costs within 30 days of the filing date of the order. The order provided that he did not do so, the case would be dismissed. The plaintiff has not corrected the deficiency within the allotted

-1-

time. Consequently, this case is not properly filed. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the civil rights complaint for failure to comply with the federal rules and the Court's order. Should the plaintiff wish to pursue his claims, he must file a new civil rights action that complies with the applicable filing requirements. This case is closed and will not be reopened. Lastly, the Court further concludes that an appeal from this decision cannot be taken in good faith. 28 U.S.C. § 1915(a)(3); Coppedge v. United States, 369 U.S. 438, 445 (1962).

    **IT IS SO ORDERED**.

Dated: February 8, 2022

                                       s/George Caram Steeh
                                       HON. GEORGE CARAM STEEH
                                       United States District Judge

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 8, 2022, by electronic and/or ordinary mail and also on Draven Moralli #974234, Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, MI 49221.

s/Brianna Sauve
Deputy Clerk